UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. SA CV 04-1343 DOC (ANx)                          Date: May 11, 2005

Title: BRIAN LEE EVANS v. ROLLER DERBY SKATE CORP. et al.

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                    Date:_____ Deputy Clerk:_____

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

Kristee Hopkins                                    Not Present
Courtroom Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                       NONE PRESENT

---

PROCEEDING (IN CHAMBERS): DISMISSING CASE

    Before the Court is Defendant Overseas Jenny of California's motion to dismiss the complaint in this action pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for April 18, 2005 was removed from the Court's calendar. After considering all moving, opposing, and replying papers, the Court GRANTS the motion to dismiss.

    This case is a re-filing of a previous case brought by Plaintiff Brian Lee Evans on behalf of D-Beam, SA CV 98-705 DOC (ANx). That case was litigated to a final judgment which was upheld on appeal to the Ninth Circuit. Mr. Evans' new complaint ignores both the doctrine of res judicata and the relevant statutes of limitation; these legal flaws are fatal to his resuscitation attempt. Accordingly, the complaint is DISMISSED WITH PREJUDICE.

    The Clerk shall serve this minute order on all parties to the action.

---

MINUTES FORM 11 DOC                                Initials of Deputy Clerk
CIVIL - GEN                                                             Page 1 of 1